■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEGGY RANDOLPH, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Rosato, J.), rendered April 8, 1987, convicting her of attempted criminal sale of a controlled substance in the third degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed (see, People v Harris, 61 NY2d 9; People v Pellegrino, 60 NY2d 636; People v Suitte, 90 AD2d 80). Bracken, J. P., Kooper, Lawrence, Balletta and O'Brien, JJ., concur.